IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION, ) <br> a Connecticut Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLEMING & FRY, INC., ) <br> an Arkansas Corporation, WILLIAM E. FRY, II, ) <br> and PHYLLIS FRY, individuals, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 4:08-cv-04069-HFB |

## DEFAULT JUDGMENT AND TURNOVER ORDER

This matter coming before the Court on CENTER CAPITAL CORPORATION's ("CENTER CAPITAL") Motion for Default Judgment by the Clerk and Order of Turnover, and this Court being duly advised in the premises, it is hereby ORDERED:

1. That judgment is entered against FLEMING & FRY, INC., WILLIAM E. FRY, II and PHYLLIS FRY, jointly and severally, in the amount of $273,869.23, plus interest as set out in the Motion for Default Judgment by the Clerk and Order of Turnover.

2. FLEMING & FRY, INC., WILLIAM E. FRY, II and PHYLLIS FRY are hereby ordered to surrender and turn over to CENTER CAPITAL or its agent, the following equipment within five (5) days of the date of this order:

    One (1) New 2007 Milcaron Roboshot S2000i 330 Injection Molding Machine S/N: 4139A01/07-33; and all standard equipment, options, motors, tooling, software and attachments, and any and all accessories, accessions, substitutions, replacement parts, replacements, attachments, proceeds and insurance proceeds.

    One (1) AEC Hopper Dryer Combo w/Loader; One (1) Robot for 330 Ton Machine; and all standard equipment, options, motors, tooling, software and attachments, and any and all accessories, accessions, substitutions, replacement parts, replacements, attachments, proceeds and insurance proceeds.

3. If FLEMING & FRY, INC., WILLIAM E. FRY, II and PHYLLIS

FRY fail to turn over the above referenced equipment within five (5) days, they may be held in contempt of Court. Moreover, an Order of Delivery shall be issued directing the Sheriff to use all reasonable force necessary to seize the equipment on behalf of CENTER CAPITAL, and award CENTER CAPITAL all attorney fees, costs and expenses incurred in retaking the property.

IT IS SO ORDERED this 2nd day of October, 2008.

HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 2 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK