IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION, )<br>a Connecticut Corporation, )<br> ) <br>  ) <br>HFB ) <br>       Plaintiff, )<br> )<br>v. )<br> )<br>FLEMING & FRY, INC., )<br>an Arkansas Corporation, WILLIAM E. FRY, II, )<br>and PHYLLIS FRY, individuals, )<br> )<br>       Defendants. )<br> ) | Case No. 4:08-cv-04069-<br><br><br><br><br>) |

## ORDER OF DELIVERY

This matter coming before the Court on CENTER CAPITAL CORPORATION's ("CENTER CAPITAL") Motion for Default Judgment and Order of Turnover, and this Court being duly advised in the premises, it is hereby ORDERED:

A. That an Order of Delivery is entered directing the sheriff to use all reasonable force necessary to seize the Schedule 01 and Schedule 02 equipment on behalf of CENTER CAPITAL, to wit:

One (1) New 2007 Milcaron Roboshot S2000i 330 Injection Molding Machine S/N: 4139A01/07-33; and all standard equipment, options, motors, tooling, software and attachments, and any and all accessories, accessions, substitutions, replacement parts, replacements, attachments, proceeds and insurance proceeds;

One (1) AEC Hopper Dryer Combo w/Loader; One (1) Robot for 330 Ton Machine; and all standard equipment, options, motors, tooling, software and attachments, and any and all accessories, accessions, substitutions, replacement parts, replacements, attachments, proceeds and insurance proceeds;

B. The Clerk of the Court is ordered to issue an Order of Replevin directed to

Defendants FLEMING & FRY, INC., WILLIAM E. FRY, II AND PHYLLIS FRY.

IT IS SO ORDERED THIS 2nd day of October, 2008.

/s/ Harry F. Barnes
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE